IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS, | Case No. 1:10-cv-00131 AWI JLT (PC) |
| Plaintiff, | ORDER DENYING REQUEST FOR CERTIFICATE OF SERVICE |
| vs. | (Doc. 26) |
| BOBBY PHILLIPS, | |
| Defendant. | |

On June 8, 2011, the Court issued its order denying Plaintiff's request to file a Second Amended Complaint. (Doc. 25) The order contained an error and incorrectly indicated that the First Amended Complaint had been served on Defendant Phillips. The order should have read that the First Amended Complaint had been *ordered* to be served. The order has now been amended to correct this error.

In his current request, Plaintiff requests a copy of the certificate of service showing service on Defendant Phillips. (Doc. 26) However, the Court does not have such a document. As a result, Plaintiff's request is **DENIED**.

IT IS SO ORDERED.

Dated:   **June 17, 2011**                                   /s/ Jennifer L. Thurston
                                                                                 UNITED STATES MAGISTRATE JUDGE

1