IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BOBBY PHILLIPS,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:10-cv-0131 AWI JLT (PC)<br><br>ORDER AMENDING SCHEDULING ORDER<br><br>(Doc. 38) |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges that Defendant was deliberately indifferent to his health and safety in violation of the Eighth Amendment. (Doc. 11.)

　　　On September 20, 2011, the Court issued the scheduling order in this case. (Doc. 39) To allow the full amount of discovery time to be used before the dispositive motion deadline, the Court finds good cause to modify the scheduling order. Therefore, the Court ORDERS the scheduling order to be amended to reflect that the dispositive motion filing deadline shall be March 19, 2012.

IT IS SO ORDERED.

Dated:   **September 20, 2011**　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1