IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>  Plaintiff,<br><br>  vs.<br><br>BOBBY PHILLIPS,<br><br>  Defendant. | Case No. 1:10-cv-0131 AWI JLT (PC)<br><br>ORDER AMENDING SCHEDULING ORDER<br><br>(Doc. 40) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges that Defendant was deliberately indifferent to his health and safety in violation of the Eighth Amendment. (Doc. 11.)

Defendant seeks an order of the Court permitting depositions taken in this matter to be conducted via video-conferencing. (Doc. 40) Defendant explains that his lawyer is located 242 mils from the place of Plaintiff's incarceration and, due to the severe budget crisis facing the California Department of Corrections and Rehabilitation, travel is cost prohibitive. Id.

Therefore, good cause appearing, the Court **ORDERS** that depositions taken in this matter, including the deposition of Plaintiff, may be conducted via video-conferencing provided that the prison where Plaintiff is housed can, and is willing to, accommodate this request.

IT IS SO ORDERED.

Dated:  **September 22, 2011**                              /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE

1