1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SYLESTER WILLIAMS,                    Case No. 1:10-cv-00131 AWI JLT (PC)

12           Plaintiff,                    ORDER TO DEFENDANT TO RESPOND
                                           TO PLAINTIFF'S SETTLEMENT OFFER
13       vs.

14   BOBBY PHILLIPS,

15           Defendant.

16   _____/

17

18          In his October 4, 2011, Plaintiff notified the Court that he had made a settlement offer to

19   Defendant's lawyer on September 28, 2011.  (Doc. 45 at 2) Plaintiff reported that he is agreeable to

20   settling this case if the CDCR would provide him a television set from those that have been "donated."

21   Id.  Plaintiff reports that counsel has not yet responded to this offer. Id.

22          Therefore, the Court **ORDERS**:

23          1.     No later than October 13, 2011, Defendant's counsel **SHALL** speak with Plaintiff and

24                 provide a response to his settlement offer and discuss whether settlement can be

25                 achieved;

26   ///

27   ///

28   ///

1

1      2.      No later than October 20, 2011, Defendant's counsel **SHALL** file a status statement

2              outlining that the settlement discussion occurred, whether settlement was achieved and/or

3              whether settlement discussions are ongoing.

4

5  IT IS SO ORDERED.

6  Dated:   **October 6, 2011**                                    **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE