IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BOBBY PHILLIPS,<br><br>　　　　Defendant.<br>_____ / | Case No. 1:10-cv-00131 AWI JLT (PC)<br><br>ORDER TO DEFENDANT TO RESPOND TO PLAINTIFF'S SETTLEMENT OFFER |

　　　　In his October 4, 2011, Plaintiff notified the Court that he had made a settlement offer to Defendant's lawyer on September 28, 2011. (Doc. 45 at 2) Plaintiff reported that he is agreeable to settling this case if the CDCR would provide him a television set from those that have been "donated." Id. Plaintiff reports that counsel has not yet responded to this offer. Id.

　　　　Therefore, the Court **ORDERS**:

　　　　1.　　No later than October 13, 2011, Defendant's counsel **SHALL** speak with Plaintiff and provide a response to his settlement offer and discuss whether settlement can be achieved;

///
///
///

1

2. No later than October 20, 2011, Defendant's counsel **SHALL** file a status statement outlining that the settlement discussion occurred, whether settlement was achieved and/or whether settlement discussions are ongoing.

IT IS SO ORDERED.

Dated: **October 6, 2011**                                           /s/ **Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE