IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS, | Case No. 1:10-cv-0131 AWI JLT (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | ORDER DENYING MOTION FOR INJUNCTIVE RELIEF |
| BOBBY PHILLIPS, | |
| Defendant. | (Documents #35 & #36) |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 14, 2011, the assigned U.S. Magistrate Judge issued findings and recommendations recommending that Plaintiff's motion for injunctive relief be denied. (Doc. 36). The Magistrate Judge explained that Plaintiff has made no showing that he is either likely to succeed on the merits or that he is likely to suffer irreparable harm in absence of such an injunction or that an injunction is in the public interest. The findings and recommendations contained notice that any objections to the findings and recommendations were to filed within fourteen days. As of the date of this order, Plaintiff has not filed objections.

In accordance with 28 U.S.C. § 636(b)(1)(C) and Local Rule 302, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and

1

1  recommendations to be supported by the record and the proper analysis.
2          Accordingly, it is **HEREBY ORDERED** that:
3      1.      The findings and recommendations issued September 14, 2011 are **ADOPTED** in full;
4              and
5      2.      Plaintiff's September 9, 2011 motion for injunctive relief (Doc. 35) is **DENIED**.
6  IT IS SO ORDERED.

Dated:    February 4, 2012                                   _____
                                                             CHIEF UNITED STATES DISTRICT JUDGE