IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS, | Case No. 1:10-cv-00131 AWI JLT (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL A CORRECTED PROOF OF SERVICE |
| vs. | (Doc. 63). |
| BOBBY PHILLIPS, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL A PROOF OF SERVICE |
| Defendant. | |
| | (Doc. 72). |
| _____ / | |

On January 17, 2012, Plaintiff filed a motion to compel a Corrected Proof of Service Defendant had attached to his Supplemental Response to Plaintiff's Request for Admission. (Doc. 63). According to Plaintiff and the document he attached to his motion, it appears Defendant failed to specify the name of the document he served upon Plaintiff on December 29, 2011. (Doc. 63 at 6). Defendant Phillips objected to Plaintiff's request, but attached the Corrected Proof of Service Plaintiff requested. (Doc. 66-2 at 9).

Notably, a proof of service is evidence that the *sender sent the described document*. It is clear from Plaintiff's motion that, indeed, *he received the particular document*. Thus, no matter whether he actually received a copy of the proof of service, he *received* the document.

Nevertheless, on February 29, 2012, Plaintiff filed a motion to compel Defendant's to produce

1

1  a separate Proof of Service relating to Defendant Phillips' Responses to Plaintiff's Requests for
2  Admission, Set One, dated November 9, 2011.  (Doc. 72 and 69).  Defendant Phillips previously
3  attached the requested Proof of Service in his Opposition to Plaintiff's Motion for Extension of Time.
4  (See Doc. 70).  Thus, Plaintiff's need to compel the requested document is **MOOT.**

   Accordingly, it is **HEREBY ORDERED**,

   1. Plaintiff's January 17, 2012 motion to compel a Corrected Proof of Service is **DENIED**;
   2. Plaintiff's February 29, 2012 motion to compel Defendant's to produce a Proof of Service relating to Defendant Phillips' Responses to Plaintiff's Requests for Admission, Set One, dated November 9, 2011 is **DENIED** as **MOOT**.

IT IS SO ORDERED.

Dated:   **March 2, 2012**                           /s/ Jennifer L. Thurston
                                                 UNITED STATES MAGISTRATE JUDGE